129th St. Cluster Assoc., L.P. v Davis (2025 NY Slip Op 50954(U))

[*1]

129th St. Cluster Assoc., L.P. v Davis

2025 NY Slip Op 50954(U)

Decided on June 12, 2025

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on June 12, 2025
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Brigantti, J.P., James, Perez, JJ.

570018/25

129th Street Cluster Associates, L.P., Petitioner-Landlord-Respondent, 
against
Jane J. Davis, Respondent-Tenant-Appellant.

Tenant appeals from an order of the Civil Court of the City of New York, New York County (Frances A. Ortiz, J.), dated August 8, 2024, which denied her motion to vacate a default final judgment of possession in a nonpayment summary proceeding.

Per Curiam.
Order (Frances A. Ortiz, J.), dated August 8, 2024, reversed, with $10 costs, motion granted, default final judgment vacated and the matter remanded for further proceedings.
Considering the strong policy favoring resolution of cases on the merits (see Chevalier v 368 E. 148th St. Assoc., LLC, 80 AD3d 411, 413—414 [2011]), we favorably exercise our discretion to relieve the long-term, Senior Citizen Rent Increase Exemption (SCRIE)-qualified tenant of the default final judgment entered in this nonpayment summary proceeding. Tenant's isolated nonappearance was not willful and no showing was made that landlord was prejudiced by the brief delay. Tenant also demonstrated the existence of a potentially meritorious defense by submitting money order receipts in support of her contention that she paid the 1999 rent arrears sought in this 2024 nonpayment proceeding.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 12, 2025